USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 31 2013



| MICHAEL A. CARDOZO<br>Corporation Counsel | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | TOBIAS E. ZIMMERMAN<br>phone: (212) 356-2661<br>fax: (212) 788-9776<br>tzimmerm@law.nyc.gov |
|---|---|---|

May 29, 2013

**BY HAND DELIVERY**
Honorable Katherine B. Forrest
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007



RECEIVED MAY 30 2013
KATHERINE B. FORREST
U.S. DISTRICT JUDGE
S.D.N.Y.

Re:   *Roldos v. City of New York, et al.*, 12-CV-5076 (KBF)
      Expiration of the Court's Section 1983 Plan

Your Honor:

   I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, assigned to the defense of The City of New York and the individually named police officers in the above-referenced matter. The parties have engaged in mediation pursuant to the Court's Section 1983 Plan, and made further efforts to resolve the case through negotiation. Unfortunately, the parties have not been able to reach a settlement in this matter.

   The parties therefore respectfully request that the Court schedule an Initial Conference in this matter.

Sincerely,

Tobias E. Zimmerman
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Michael B. Ronemus, Esq. (**via email**)
      *Attorney for Plaintiff*