UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 3 1 2013
```

---------------------------------------------------------------X

MARIA ROLDOS,                          :
                                       :
                    Plaintiff,         :        12 Civ. 5076 (KBF)
          -v-                          :
                                       :           ORDER
                                       :
THE CITY OF NEW YORK, et al.,          :
                                       :
                    Defendants.        :
---------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

On May 30, 2013, the Court received a letter from defendants requesting that this case be removed from the Southern District of New York's Plan for Certain Section 1983 Cases against The City of New York (the "Plan") in light of the parties' failure to reach a settlement. In light of that letter, it is hereby

ORDERED that

1. Lead counsel for all parties shall appear for an initial pretrial conference ("IPTC") promptly at **2:00 p.m., June 6, 2013**.

2. At least **two business days prior** to the IPTC, the parties shall jointly submit a proposed schedule.

3. Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC. See Rule 4.B.

The Clerk of Court is directed to remove this action from the Plan.

SO ORDERED:

Dated:      New York, New York
            May __31__, 2013

                              _____
                              KATHERINE B. FORREST
                              United States District Judge