UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

Maria Roldos

                                Plaintiff(s),

          -v-

The City of New York, Police Officer Raymond Serrano, Police Officer Crispel, Police Officer Schivello, Police Officer Colon and Police Officer John Doe   Defendant(s).

------------------------------------------------------------ X

_____ Civ. _____ (KBF)

SCHEDULING ORDER

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1.    All parties **[do** ☐ **/ do not** ☑ **]** consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial.  28 U.S.C. § 636(c).  The parties are free to withhold consent without adverse substantive consequences.[1]

2.    Close of fact discovery: October 3, 2013 .  **[within 4 months]**

3.    Close of expert discovery: October 31, 2013. **[25 days after the close of fact discovery]**

The parties contemplate experts in this matter for the following subject(s): _____.

4.    **[For F.L.S.A. actions only]**  The plaintiff(s) **[do** ☐ **/ do not** ☐ **]** anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b).

    Proposed briefing schedule:
    Opening:    _____ **[30 days after initial conference]**
    Opp'n:    _____ **[21 days after opening brief]**
    Reply:    _____ **[7 days after opposition brief]**

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts. gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

5.   The parties [do ✔ / do not ☐ ] anticipate making dispositive motions.  The contemplated dispositive motion(s) is/are a motion(s) _____.

Proposed briefing schedule:
Opening:   October 25, 2013   [no later than item 3]
Opp'n:     Nov. 15, 2013     [21 days after opening brief]
Reply:     Nov. 22, 2013     [7 days after opposition brief]

6.   Trial [will ✔ / will not ☐ ] be before a jury.

## DO NOT FILL IN BELOW.  THE COURT WILL SET ITEMS 7-10.

7.   The next status conference in this matter is set for _____ at _____.

8.   All pretrial materials, including the Joint Pretrial Order ("JPTO") are due: _____.

9.   The Final Pretrial Conference ("FPTC") in this matter is set for _____ at _____.

10.  Trial in this matter shall commence on _____.  Trial is anticipated to take _____ [days / weeks].

SO ORDERED:

Dated: New York, New York
       _____, 2013

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge