```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 07 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
MARIA ROLDOS                                                        :
                                                                    :
                                                                    :
                                            Plaintiff(s),           :     12  Civ. 5076  (KBF)
                                                                    :
                      -v-                                           :     SCHEDULING ORDER
THE CITY OF NEW YORK, et al.,                                       :
                                                                    :
                                                                    :
                                            Defendant(s).           :
------------------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

    The parties propose the following schedule for this matter:

1.    All parties **[do ☐ / do not ☑ ]** consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2.    Close of fact discovery: _November 18, 2013_. **[within 4 months]**

3.    Close of expert discovery: _November 18, 2013_. **[25 days after the close of fact discovery]**

    The parties contemplate experts in this matter for the following subject(s): _Medical Experts_.

4.    **[For F.L.S.A. actions only]** The plaintiff(s) **[do ☐ / do not ☐ ]** anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b).

    Proposed briefing schedule:
    Opening: _____ **[30 days after initial conference]**
    Opp'n: _____ **[21 days after opening brief]**
    Reply: _____ **[7 days after opposition brief]**

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

5. The parties [do ✓ / do not ☐ ] anticipate making dispositive motions. The contemplated dispositive motion(s) is/are a motion(s) _____.

   Proposed briefing schedule:
   Opening:  November 18, 2013    [no later than item 3]
   Opp'n:    December 9, 2013     [21 days after opening brief]
   Reply:    December 16, 2013    [7 days after opposition brief]

6. Trial [will ✓ / will not ☐ ] be before a jury.

**DO NOT FILL IN BELOW. THE COURT WILL SET ITEMS 7-10.**

7. The next status conference in this matter is set for  10 / 2 / 2013  at  1:00 p.m.

8. All pretrial materials, including the Joint Pretrial Order ("JPTO") are due:  1 / 17 / 2014 .

9. The Final Pretrial Conference ("FPTC") in this matter is set for  1 / 22 / 2014  at  1:00 p.m.

10. Trial in this matter shall commence on  1 / 27 / 2014 . Trial is anticipated to take  3  [(days)/ weeks].

SO ORDERED:

Dated: New York, New York
       6/6, 2013

                                    _____K. B. Fo_____
                                    KATHERINE B. FORREST
                                    United States District Judge


* Any settlement discussions must occur in parallel with the schedule.
* Do not assume extensions of time will be granted.