```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 2 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA ROLDOS,

                Plaintiff,

    -v-

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

12 Civ. 5076 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On October 2, 2013, the parties failed to appear at a duly scheduled status conference. (ECF No. 15.) The Court now understands that this matter has been settled. Accordingly, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if such an application is made not later than **October 14, 2013**.

IT IS FURTHER ORDERED that all dates and deadlines in this action are adjourned.

The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:    New York, New York
            October 2, 2013

                                                  _____
                                                  KATHERINE B. FORREST
                                                  United States District Judge