

RONEMUS & VILENSKY
ATTORNEYS AT LAW

October 2, 2013

Honorable Katherine B. Forrest
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007

Attn: The Clerk of the Court

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 04 2013
```

### Re: Maria Roldos, vs. City of NY, P.O. Raymond Serrano, etal.
### 12 CV 5076 (KBF)

Your Honor:

Please be advised that the above action was settled for the amount of Sixteen thousand and five hundred dollars ($16,500.00).

All required documents including affidavit of no liens, stipulation of settlement, stipulation of discontinuance and general release have been provided to defendants.

Should you have any questions, please don't hesitate to contact this office.

Very truly yours,
Ronemus & Vilensky, LLP

Nadia Lescott (1147)

kb/NL

Cc: Tobias E. Zimmerman, Assistant Corporation Counsel
    Attorney for Defendants

*Ordered*
*Post to docket.*
*K. B. For*
*USDJ*
10/4/13