USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 0 9 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

MARIA ROLDOS,

                                                     Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
RAYMOND SERRANO AND POLICE OFFICER CRISPEL,

                                                  Defendants.
---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

12 Civ. 5076 (KBF)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1.      The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Ronemus & Vilensky
*Attorneys for Plaintiff*
112 Madison Avenue
New York, New York 10016

By: _____
Michael Ronemus
*Attorney for Plaintiff*

Dated: New York, New York
October 2nd, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City,
  Serrano and Crispo*
100 Church Street, Rm. 3-178
New York, New York 10007

By: _____
Tobias E. Zimmerman
*Assistant Corporation Counsel*

SO ORDERED: 10/9/13

_____
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

2